

**United States District Court**
**Eastern District of North Carolina**
Office of the Clerk
PO Box 25670
Raleigh, North Carolina 27611

Phone (919) 645-1700  Peter A. Moore, Jr.
Fax (919) 645-1750  Clerk of Court

April 25, 2019

RE: Southern Roots Farming Company, LLC v. CFG Financial Services, LLC et al
   7:19-CV-38-D
   **Notice to Parties Regarding Filing of Bankruptcy Record on Appeal**

TO: THE PARTIES OF RECORD

This is to advise all parties that the record on appeal in the above-captioned case was docketed in Eastern District of North Carolina on 4/25/2019. Briefs must be filed in accordance with Rule 8018 of the Federal Rules of Bankruptcy Procedure.

Parties who have not yet complied with Local Civil Rule 5.2 (Notice of Appearance) and Local Civil Rule 7.3 (Financial Disclosure) must do so within seven (7) days of the date of this notice.

Sincerely,

PETER A. MOORE, JR., CLERK OF COURT


By:  /s/Nicole Sellers
       Deputy Clerk